UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :

OSCAR ENRIQUE MEDINA PALACIN,      :

                     Plaintiffs,                          :

             -v-                              :         25 Civ. 4123 (JPC)

CITIBANK, N.A., *et al.*,                    :         <u>ORDER OF DISMISSAL</u>

                     Defendants.                   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that Plaintiff and Defendant Citibank, N.A. have reached a settlement in principle in this case. Accordingly, it is ordered that Plaintiff's claims against Defendant Citibank, N.A. are dismissed without costs and without prejudice to restoring Defendant Citibank, N.A. as a defendant in this action and renewing those claims, provided any application to restore is made within sixty days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after sixty days from the date of this Order may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Defendant Citibank, N.A.

       SO ORDERED.

Dated: July 17, 2025
       New York, New York                             _____
                                                                       JOHN P. CRONAN
                                                                       United States District Judge