UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
OSCAR ENRIQUE MEDINA PALACIN,                                        :
                                                                     :
                        Plaintiff,                                   :
                                                                     :          25 Civ. 4123 (JPC)
            -v-                                                      :
                                                                     :          ORDER OF DISMISSAL
EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,                      :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has been informed that Plaintiff and Defendant Experian Information Solutions,

Inc. ("Experian"), have reached a settlement in principle in this case.  Dkt. 53.  Accordingly, it is

ordered that Plaintiff's claims against Experian are dismissed without costs and without prejudice

to restoring Experian as a defendant in this action and renewing those claims, provided any

application to restore the action is made within forty-five days of this Order in the event the

settlement agreement is not completed and executed.  Any such application filed after forty-five

days from the date of this Order may be denied solely on that basis.  If the parties wish for the

Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must

submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the

Court.  Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the

Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement

unless it is made part of the public record.  The Clerk of Court is respectfully directed to terminate

Experian.

        SO ORDERED.

Dated: December 3, 2025                          _____
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge