UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                 :

OSCAR ENRIQUE MEDINA PALACIN,      :

                Plaintiff,      :
                                 :      25 Civ. 4123 (JPC)

        -v-                      :
                                 :      <u>ORDER OF DISMISSAL</u>

TRANS UNION LLC, *et al.*,      :

              Defendants.     :
                                 :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff and Defendant Trans Union LLC have reached a settlement in principle in this case.  Dkt. 55.  Accordingly, it is ordered that Plaintiff's claims against Trans Union LLC are dismissed without costs and without prejudice to restoring Trans Union as a defendant in this action and renewing those claims, provided any application to restore the action is made within forty-five days of this Order in the event the settlement agreement is not completed and executed.  Any such application filed after forty-five days from the date of this Order may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Trans Union LLC and close the case.

     SO ORDERED.

Dated: December 15, 2025
      New York, New York                        JOHN P. CRONAN
                                     United States District Judge