**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OSCAR ENRIQUE MEDINA PALACIN,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CITIBANK, N.A.,<br><br>Defendants. | Case No.: 1:25-cv-04123-JPC<br><br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., Defendant Trans Union LLC and Defendant Citibank, N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to all Defendants.

Dated: January 27, 2026 _____

_____

HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

1